```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 18647
   JAVIER TORRES
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-2341


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/10/07 and confirmed on 12/12/07.

   2.  The case was converted to Chapter 7 after confirmation, 06/19/2008.

   3.  The Debtor paid a total of $   3382.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | .00 | .00 | .00 |
| NEMANICH CONSULT & MANAG | SECURED | .00 | .00 | .00 |
| NEMANICH CONSULT & MANAG | MORTGAGE ARRE | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 8525.00 | 373.37 | 756.86 |
| DELTA AIRLINES INC | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| APLM LTD | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | 9751.88 | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 208.22 | .00 | .00 |
| COMPUTER CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED SVC GROUP | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY PROFESSIONAL S | UNSECURED | 672.00 | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 359.28 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 251.62 | .00 | .00 |
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES MANAGEMENT I | UNSECURED | 707.25 | .00 | .00 |

```
RUSH COPLEY               UNSECURED       NOT FILED              .00           .00
SHORT TERM LOAN           UNSECURED          981.32              .00           .00
SPRINT NEXTEL             UNSECURED          283.04              .00           .00
TEHMINA BAJWA MD          UNSECURED       NOT FILED              .00           .00
UNITED COLLECTIONS        UNSECURED          248.00              .00           .00
VALLEY IMAGING CONSULTAN  UNSECURED       NOT FILED              .00           .00
DAIMLER CHRYSLER FINANCI  UNSECURED         1107.10              .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          354.53              .00           .00
ASSET ACCEPTANCE CORP     UNSECURED          176.06              .00           .00
THE CHICAGO DEPT OF REVE  UNSECURED          220.00              .00           .00
```

Summary of disbursements:

|                    | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 8525.00  | .00      | 15320.30  | .00   | 23845.30 |
| PRINCIPAL PAID     | 756.86   | .00      | .00       | .00   | 756.86   |
| INTEREST PAID      | 373.37   | .00      | .00       | .00   | 373.37   |
| TOTAL PAID         | 1130.23  | .00      | .00       | .00   | 1130.23  |

The Debtor's attorney, JAMES A YOUNG & ASSOC        , was allowed $   3500.00
and was paid $     750.00  direct and $    2072.47  through the plan.

The Trustee received $     179.30 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 09/11/08                /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                                PAGE   2
            CASE NO. 07 B 18647 JAVIER TORRES